# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VENTRONICS SYSTEMS, LLC, | ) |
| | ) Case No. 6:10-CV-582 |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| DRÄGER MEDICAL GmbH, | ) |
| DRAEGER MEDICAL, INC., | ) Hon. Leonard Davis |
| DRAEGER MEDCIAL SYSTEMS, INC., | ) |
| MAQUET CRITICAL CARE AB, | ) |
| MAQUET, INC. | ) |
| HAMILTON MEDICAL AG | ) |
| HAMILTON MEDICAL, INC. | ) |
| EVENT MEDICAL, LTD, and | ) |
| EVENT MEDICAL, INC., | ) |
| | ) |
| Defendants. | ) |

## KNOBBE, MARTENS, OLSON & BEAR, LLP'S REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Rule CV-11(f), Darrell L. Olson, Christina J. McCullough, and Erik J. Birkeneder of Knobbe, Martens, Olson & Bear, LLP, former counsel of record for DISMISSED Defendants, eVent Medical, Ltd. and eVent Medical, Inc., (see Dkt. No. 117) hereby request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Respectfully Submitted,

Date: 11/03/2011          By: */S/ - Darrell L. Olson*
  Darrell L. Olson; dolson@kmob.com
  Christina J. McCullough; Christina.McCullough@kmob.com
  Erik J. Birkeneder; Erik.Birkeneder@kmob.com
  Knobbe, Martens, Olson & Bear, LLP
  2040 Main Street, 14th Floor, Irvine, CA 92614
  (949)760-0404 (Telephone); (949)760-9502 (Facsimile)

-2-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **KNOBBE, MARTENS, OLSON & BEAR, LLP'S REQUEST FOR TERMINATION OF ELECTRONIC NOTICES** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 3, 2011. Any other counsel of record will be served by facsimile transmission and first class mail.

*/S/ - Darrell L. Olson*
Darrell L. Olson

12206511
110311